**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**IN THE MATTER OF THE
ESTATE OF ROBERT D. PHILLIPS,
Deceased,**

Plaintiff-Appellant.

**NO. 29,249**

**APPEAL FROM THE DISTRICT COURT OF SAN JUAN COUNTY
Thomas J. Hynes, District Judge**

Robert D. Phillips
Grants, NM

Pro Se Appellant

Smith & Payne Law Firm
Allen R. Smith
Los Lunas, NM

for Respondents-Appellees

**MEMORANDUM OPINION**

**KENNEDY, Judge.**

Summary affirmance was proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired.

AFFIRMED.

**IT IS SO ORDERED.**

_____

**RODERICK T. KENNEDY, Judge**

**WE CONCUR**:

_____

**JAMES J. WECHSLER, Judge**

_____

**CELIA FOY CASTILLO, Judge**